UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | INDICTMENT NO.: 1:18-cr-006 |
| | ) | |
| ELIJAH SIMPKINS | ) | |

## ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Southern District of Georgia hereby dismisses with prejudice the above-referenced Indictment filed against the defendant, who has successfully completed pretrial diversion.

_____
BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

_____
Tara M. Lyons
Assistant United States Attorney
South Carolina Bar No. 16573

Leave of Court is granted for the filing of the foregoing dismissal.

This __30th__ day of __July__ 2019.

_____
HONORABLE DUDLEY H. BOWEN, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA